UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Case No. 03-74560-TJT

Chapter 13

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, RICHARD W. SMITH, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ 1,567.16, said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor Richard W. Smith. The applicant further states that:

1. (Indicate one of the following)

   __X__ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

   _____ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

   _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Page 2 of 2

Application for Payment from Unclaimed Funds

Respectfully submitted this _18_ day of _Aug_, 20_09_.

_Richard W. Smith_
Name of creditor

_Richard W. Smith_ (signature)
Signature of Applicant

_Richard W. Smith_
Name and Title of Applicant

_____
Company Name

_2322 S. 65th Dr_
Street Address

_Phoenix, Az 85043_
City and State

_623-755-1807_
Telephone number

_____
Tax Identification

XXX-XX-_5573_
Social Security Number

_03-74560-TJT_
Claim Number

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Richard W. Smith
12929 Rosemont
Detroit, MI 48223

Case No. 03-74560-TJT

Chapter 13

## AFFIDAVIT OF CLAIMANT

I, Richard W. Smith, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds. One thousand Five hundred sixty seven and sixteen cents, $1,567.16

Mailing address: Richard W. Smith
2322 S. 65th Dr.
Phoenix, Az 85043

Phone number: 623-755-1807

Social security number XXX-XX- 5573

If claimant is a corporation, the federal tax ID number _____

1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 07-06-2009

Signature of Claimant

Sworn to and Subscribed before me this
____ day of July, 2009

NOTARY PUBLIC AT LARGE
STATE OF AZ

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
DAVID L. WARFIELD
My Commission Expires May 5, 2012

FILED
2009 AUG 21 AM 11: 13
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Case No. 03-74560-TJT

Chapter 13

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the __18__ day of __Aug__, 20_09_, a copy of the Application for Payment From Unclaimed Funds by ___RICHARD W. SMITH___ was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn.: Michael Wicks, Civil Division-Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: 08-18-2009

By: [signature]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Case No. 03-74560-TJT

Chapter 13

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to Richard W. Smith, the sum of One Thousand Five Hundred Sixty Seven And Sixteen Cents dollars ($1,567.16), of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
Deputy Clerk